UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO ROBRENO, *et al.*,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

           Plaintiffs,

v.

EATALY AMERICA, INC., *et al.*,

           Defendants.

Case No.: 17-cv-9361

**STIPULATION**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, for the purposes of this litigation only, that the Corporate Defendants, EATALY AMERICA, INC., EATALY USA LLC, EATALY NY LLC d/b/a EATALY NYC FLATIRON, and EATALY NY FIDI, LLC d/b/a EATALY NYC DOWNTOWN, are for the time period between August 2016 and the present, a single integrated enterprise under the Fair Labor Standards Act and New York Labor Law. This Stipulation is limited to the instant case with the above-referenced caption only, has no precedential value whatsoever and shall not be used in or applied to any other legal matter, including but not limited to, any other lawsuit, threatened lawsuit or administrative proceeding.

**For Defendants:**

By: _____
Amanda M. Fugazy, Esq.
Ellenoff Grossman & Schole, LLP
1345 Avenue of the Americas, 11th Floor
New York, New York 10105
Tel.: (516) 584-1642
Fax: (212) 370-7889
afugazy@egsllp.com

Date: April 19, 2018

**For Plaintiffs:**

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Tel. (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 4-19-18

{00585900.DOC.1}

**SO ORDERED:**

Date: 4/26/18  _____
　　　　　　　　　Hon. Katherine B. Forrest, U.S.D.J.