UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

ROBERTO ROBRENO, EARON BRATHWAITE, and RICARDO BARCENAS, on behalf of themselves and others similarly situated,

                              Plaintiffs,

                  -v-

EATALY AMERICA, INC., EATALY USA LLC, EATALY NY LLC d/b/a EATALY NYC FLATIRON, EATALY NY FIDI, INC. d/b/a EATALY NYC DOWNTOWN, NICOLA FARINETTI, ADAM SAPER, and ALEX SAPER,

                             Defendants.

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 2, 2018

17-cv-9361 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      On January 5, 2018, plaintiffs Roberto Robreno ("Robreno"), Earon Brathwaite ("Brathwaite"), and Ricardo Barcenas ("Barcenas") (collectively, "plaintiffs"), on behalf of themselves and others similarly situated, filed an Amended Complaint against defendants Eataly America, Inc. and associated parties (collectively, "Eataly" or "defendants"). (ECF No. 36.) Subsequent to filing the Amended Complaint, plaintiffs' counsel filed four "Consent to Sue" notices in an apparent attempt to add additional named plaintiffs to this action.[1] (See ECF Nos. 50-53.)

      Although there is currently a fully briefed 216(b) motion pending before the Court (ECF No. 54), the Court has not yet certified a class in this action. Further,

---

[1] Those putative plaintiffs are Catalina Vazquez, Maria Ceras, Andre Davis, and Ahmed Ndiaye.

plaintiffs have not sought leave to file a Second Amended Complaint formally adding the putative plaintiffs identified in the "Consent to Sue" letters. Accordingly, there is absolutely no basis at this point in time for those putative plaintiffs to be added as parties to this action or listed on the docket. Allowing plaintiffs to add additional parties via "Consent to Sue" letters not only circumvents rules regarding the timing of amended complaints, but also restrictions on class actions.

The Court hereby directs the Clerk of Court to STRIKE the "Consent to Sue" letters at ECF Nos. 50, 51, 52, and 53. The persons identified in those letters are <u>not</u> parties to this action at this time, and therefore should be removed from the docket. If the Court does certify a 216(b) class, plaintiffs may seek leave to refile those consent to sue letters as appropriate.

Defendants are directed to inform the Court not later than **Monday, May 7, 2018** whether, in light of this Order, additional briefing is necessary on the pending 216(b) motion. The Court will revise its estimate regarding a decision and 216(b) notification dates as necessary.

SO ORDERED.

Dated:    New York, New York
         May 2, 2018

_____
KATHERINE B. FORREST
United States District Judge