```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO ROBRENO, EARON BRATHWAITE and RICARDO BARCENAS,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

           **Plaintiffs,**

-against-

EATALY AMERICA, INC., EATALY USA LLC, EATALY NY LLC d/b/a EATALY NYC FLATIRON, EATALY NY FIDI, LLC d/b/a EATALY NYC DOWNTOWN, NICOLA FARINETTI, ADAM SAPER and ALEX SAPER,

           **Defendants.**

---

**STIPULATION OF VOLUNTARY DISCONTINUANCE WITHOUT PREJUDICE**

Case No. 17-CV-9361

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel, that this action is hereby dismissed and discontinued in its entirety, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs or fees to either party.

| | |
|---|---|
| **LEE LITIGATION GROUP, PLLC** | **ELLENOFF GROSSMAN & SCHOLE, LLP** |
| By: _____ | By: _____ |
| C.K. Lee, Esq. | Amanda M. Fugazy, Esq. |
| Angela Kwon, Esq. | Valerie J. Bluth, Esq. |
| 148 West 24th Street, 8th Floor | 1345 Avenue Of The Americas, 11th Floor |
| New York, NY 10011 | New York, New York 10105 |
| Tel. (212) 465-1180 | Tel.: (212)370-1300 |
| Fax: (212) 465-1181 | Fax: (212) 370-7889 |
| cklee@leelitigation.com | afugazy@egsllp.com |
| angela@leelitigation.com | vbluth@egsllp.com |
| Dated: November 26, 2019 | Dated: November 26, 2019 |

The parties have stipulated to the dismissal of this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: December 9, 2019
New York, New York

                            _____
                            GREGORY H. WOODS
                            United States District Judge